~~March 31, 2020~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jackxuel Delgado Hernandez
                        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**/TELEPHONE

-CR- ( )( )
20 Mag. 4549

Defendant __Jackxuel Delgado Hernandez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [x] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [x] Preliminary Hearing on Felony Complaint

- [x] Bail/Revocation/Detention Hearing

- [x] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

_J Hernandez_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jackxuel Delgado Hernandez_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_Clay H. Kaminsky_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

May 1, 2020
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge