Transportation Order-Sample 1

# United States District Court

zSouthern

**DISTRICT OF** New York

UNITED STATES OF AMERICA

V.

Jackxuel Delgado Hernandez

**ORDER**
Transportation for Person
Released Pending Judicial
Proceedings (18 USC 4285)

Case Number: 20 Mag. 4549
S.D. Ind. 19cv90

The defendant has been released pursuant to Chapter 207 of Title 18, United States Code. A condition of release requires defendant to appear before the United States District Court for the Southern District of Indiana, for further judicial proceedings. The Court finds the defendant is financially unable to provide the necessary transportation in order to appear before that court and the interests of justice would be served by providing the necessary transportation at the government's expense.

IT IS ORDERED that the United States marshal for this district provide the defendant with subsistence, if necessary, and noncustodial transportation by Government Travel Request or otherwise for the defendant's travel from New York, York to Indianapolis, Indiana.

5/1/2020
Date

Robert W. Lehrburger, USMJ
Name and Title of Judicial Officer

Signature of Judicial Officer